**EXHIBIT H**

Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
monica.ryden@jacksonlewis.com

Attorneys for Defendants

**ARIZONA SUPERIOR COURT**

**MARICOPA COUNTY**

| | |
|---|---|
| Peter Strojnik,<br><br>    Plaintiff,<br><br>v.<br><br>W2005 New Century Hotel Portfolio, L.P. dba Hampton Inn By Hilton Phoenix / Chandler; Hilton Worldwide Holdings Inc.,<br><br>    Defendants. | Case No.: CV2020-055501<br><br>**NOTICE OF FILING<br>NOTICE OF REMOVAL** |

**TO: CLERK OF COURT, SUPERIOR COURT OF THE STATE OF ARIZONA, COUNTY OF MARICOPA:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, Defendants W2005 New Century Hotel Portfolio, L.P. dba Hampton Inn By Hilton Phoenix/Chandler ("W2005") and Hilton Worldwide Holdings Inc. ("Hilton") (collectively "Defendants") serve this Notice that they have filed a Notice of Removal of the above-captioned action from this Court to the United States District Court for the District of Arizona. A true and correct copy of the Notice of Removal is attached as **Exhibit 1** and is incorporated by reference. As provided in 28 U.S.C. § 1446(d), this Notice effects the removal of this action, and this Court shall proceed no further unless and until this case is remanded.

DATED November 25, 2020.

**JACKSON LEWIS P.C.**

By:<u>*/s/ Monica M. Ryden*</u>
  Monica M. Ryden
  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2020, I electronically transmitted this document to the Clerk's Office using the AZTurboCourt System for filing, and sent a copy via e-mail and U.S. Mail to:

Peter Strojnik
7847 N. Central Avenue.
Phoenix, AZ  85020
ps@strojnik.com


By: */s/ Susan Johnson*

4847-6998-2929, v. 1